# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

MONTGOMERY COUNTY, OHIO,

        Plaintiff,    :    Case No. 3:22-cv-272

                        District Judge Thomas M. Rose

- vs -

LARRY NALLS,

        Defendant.    :

## ORDER OF REFERENCE

Pursuant to 28 U.S.C. § 636(b) and Fed.R.Civ.P. 72, the above-captioned case is referred to Magistrate Judge Michael R. Merz from the date of this Order forward. The Magistrate Judge is authorized to perform any and all functions authorized for full-time United States Magistrate Judges by statute, including, without limiting the generality of the foregoing, all motions to remand removed cases to state court, all motions to dismiss or for judgment on the pleadings under Fed. R. Civ. P. 12, and all discovery-related motions. The Magistrate Judge shall proceed in accordance with Fed. R. Civ. P. 72.

September 21, 2022.                                                          *s/Thomas M. Rose*

                                                                             Thomas M. Rose
                                                           United States District Judge