# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

MONTGOMERY COUNTY, OHIO,

    Plaintiff,               :      Case No. 3:22-cv-272
                                      (Mont. Cty. Case No. 2020 CR 1992)

- vs -

LARRY NALLS,                           District Judge Thomas M. Rose
                                                Magistrate Judge Michael R. Merz

    Defendant.              :

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (ECF No. 5) to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Report and Recommendations.

Accordingly, it is hereby **ORDERED** that Plaintiff's Motion to File Notice of Removal (ECF No. 1) is **DENIED**. Plaintiff's Objection to the referral of this case to Magistrate Judge Merz (ECF No. 6) is found to be **MOOT**. This case is **TERMINATED** on the docket of this Court.

**DONE** and **ORDERED** in Dayton, Ohio, this Friday, October 14, 2022.

                                                              s/Thomas M. Rose
                                                     THOMAS M. ROSE
                                         UNITED STATES DISTRICT JUDGE