IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

MONTGOMERY COUNTY, OHIO,

    Plaintiff,  :  Case No. 3:22-cv-272
     (Mont. Cty. Case No. 2020 CR
- vs -   1992)

LARRY NALLS,  District Judge Thomas M. Rose
 Magistrate Judge Michael R. Merz

    Defendant.  :

# DECISION AND ORDER DENYING LEAVE TO FILE OBJECTIONS LATE AND STRIKING OBJECTIONS TO REPORT AND RECOMMENDATIONS

This case, brought *pro se* by Defendant Larry Nalls, sought to remove a criminal prosecution pending against him in the Common Pleas Court of Montgomery County, Ohio. On September 22, 2022, the undersigned recommended that removal be denied because the request was untimely and, more importantly, this Court would not have subject matter jurisdiction over the state criminal case if it were removed (R&R, ECF No. 5). Nalls never objected. Judge Rose thereupon adopted the Report and dismissed the case on October 14, 2022 (ECF No. 9).

On November 29, 2022, Nalls requested leave to file objections (ECF No. 12). The document consists of one incomplete paragraph listing some of Nalls' travails since entering the state penal system, but never gives any reason why later objections should be allowed. Instead, the second page is the beginning of a letter asking for assistance from unnamed readers. Because he presents no acceptable reason for filing late, Nalls' request to do so (ECF No. 12) is DENIED. Because his Objections (ECF No. 13) were filed late without permission, they are STRICKEN.

IT IS SO ORDERED.

November 30, 2022.

s/ *Michael R. Merz*
United States Magistrate Judge
